BRYAN VEGA (COMMERCE DIESEL CO.)
10906 ATLANTIC AVE.
LYNWOOD, CA 90262

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN VEGA (COMMERCE DIESEL CO.), <br><br> Plaintiff, <br><br> vs. <br><br> RONALD KASPARIAN & Y.N.G LLC, <br><br> Defendant | Case No.: 2:19-cv-04389-SVW-JEM <br><br><br> MOTION FOR DEFAULT JUDGMENT BY COURT |

## I.
## THE COURT HAS THE AUTHORITY TO GRANT: A DEFAULT JUDGMENT

Defendant, Ronald Kasparian and Y.N.G. LLC, having failed to plead or otherwise defend in this action, and default having been entered, now, upon application of the Plaintiff and upon affidavit that Defendant is indebted to the Plaintiff in the sum of $135,200, that Defendant is not in the military service of the United States and is not an infant or incompetent person; it is hereby ORDERED, ADJUDGED AND DECREED, that Plaintiff recover from, Defendant the sum of $135,200 plus costs of this action.

DATED: 9/4/19

_____
The Honorable Judge Stephen V. Wilson

MOTION FOR DEFAULT JUDGMENT BY COURT - 1